# UNITED STATES DISTRICT COURT
для the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| PRESTON JAMES | ) | Case No.  1:15-MJ-282 (CFH) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

*FILED JUL 24 2015 — Lawrence K. Baerman, Clerk - Albany*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 29, 2015 in the county of Schenectady in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21 United States Code §§ 841(a)(1) and 841(b)(1)(B) | Distribution of More Than 28 Grams Of Cocaine Base (Crack) |

This criminal complaint is based on these facts:
See Attached Affidavit

☒   Continued on the attached sheet.

*Complainant's signature*

Robert T. Kennedy, Task Force Officer, Capital District Drug Enforcement Task Force (CDDETF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   July 24, 2015

*Judge's signature*

City and State:   Albany, New York

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

State of New York

County of Schenectady

Robert T. Kennedy, being duly sworn deposes and says:

I am a Police Officer in the Schenectady County Sheriff's Office and a Task Force Officer with the Capital District Drug Enforcement Task Force with the Drug Enforcement Administration. I make this affidavit as part of my criminal complaint against **PRESTON JAMES**. The facts set forth herein are based upon my own knowledge as well as conversations with other law enforcement agents.

1. On April 29, 2015, pursuant to an investigation into the narcotics trafficking of the person identified as Preston James, members of the Drug Enforcement Administration and the Capital District Drug Enforcement Task Force, with the assistance of a Confidential Source (hereinafter "CS"), arranged a controlled purchase of crack cocaine from Preston James. The CS cooperated with law enforcement because he/she hopes to receive sentencing consideration for federal felony charges. After a series of phone contacts between the CS and the defendant, the defendant agreed to sell the CS a quantity of crack cocaine. The CS and the defendant further agreed to conduct the transaction at a specific location in Schenectady, New York, located in the Northern District of New York. Investigators set up surveillance in the vicinity of the location agreed upon by the defendant and the CS, and searched the CS with negative results and equipped the CS with a recording device and an amount of U.S. Currency.

2. At approximately 2:56 p.m. on April 29, 2015, investigators witnessed the defendant arrive at the agreed upon location in a gray Hyundai Sonata bearing New York State Registration GVK9074. Investigators observed the CS enter the defendant's vehicle. While in the defendant's vehicle, the defendant sold a quantity of crack cocaine that exceeded 28 grams to the CS for a quantity of U.S. currency. Immediately following this transaction, the CS met with law enforcement members and turned over the suspected crack cocaine he/she purchased from the defendant. That substance field tested positive for the presence of cocaine. The CS informed investigators that he/she purchased the aforementioned cocaine from the defendant with the U.S. currency that the investigators had provided to him/her prior to the controlled purchase

_____
Robert T. Kennedy
TFO of Capital District DEA, Schenectady
County Sheriff's Office

Sworn to before me this
24 day of July, 2015

1

_____
Hon. Christian F. Hummel
United States Magistrate Judge