IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 29 2015
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Albany

*******************************

UNITED STATES OF AMERICA

v.

PRESTON JAMES,
        Defendant.
*******************************

Criminal Action No.   1:15-MJ-282 (CFH)

ORDER
FOR ENLARGEMENT OF TIME

ORDER

A.    The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

B.    The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial because:

1.    The requested continuance allows for the reasonable time necessary for effective preparation by counsel to review the evidence with the government and the defendant, so that the defendant may make an informed decision as to whether he wishes to resolve or dispute the charges set forth in the Complaint. The continuance requested also allows the reasonable time necessary for counsel to pursue the negotiation of a disposition of the charges against the defendant.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED that the time within which an indictment must be filed under the

provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of the signing of this Order and that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stipulated above.

Dated: July 29, 2015

Hon. Christian F. Hummel
United States Magistrate Judge