# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office
4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office
39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Lisa Peebles,
Federal Public Defender

Respond to Albany Office

E-Mail gene.primomo@fd.org

August 20, 2015

Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    **Re:**    United States v. Preston James
              Case No. 15-M-282

Dear Judge Hummel:

Mr. James recently indicated to me that he wishes to have my office terminated as appointed counsel in the above referenced matter. Accordingly, on Mr. James's behalf, I respectfully ask the Court to schedule a proceeding so the Court may make the appropriate inquiries of Mr. James's and make a decision on his request for new counsel. I ask the Court to schedule that proceeding at the Court's earliest convenience. Counsel will be available tomorrow afternoon , Friday August 21th or Monday or Tuesday next week. Further, I respectfully request that the Court conduct the proceeding ex parte and in camera in light of the likely discussion of confidential matters covered by the attorney-client privilege.

I thank the Court for its consideration of this request.

Very truly yours,

/s/Gene Primomo

Gene Primomo
Assistant Federal Public Defender

cc:    Preston James
        Emily Farber, AUSA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
Case No. Case No. 15-M-282

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the foregoing letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA Emily Farber

                                               *s/s Gene Primomo*
                                               Assistant Federal Public Defender
                                               Bar Roll No. 509668
                                               Attorney for Defendant
                                               39 North Pearl Street, 5th Floor
                                               Albany, New York 12207
                                               Telephone: (518) 436-1850
                                               Fax: (518) 436-1780
                                               E-mail: gene.primomo@fd.org